QUIN DENVIR, Bar #49374
Federal Defender
LINDA C. HARTER, CA Bar #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ULYSSES CALDWELL BARTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-05-262 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | |
| ) | |
| ULYSSES CALDWELL BARTON, ) | Date: August 24, 2005 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Robert Tice-Raskin, Assistant United States Attorney, Linda C. Harter, Attorney for Ulysses Caldwell Barton, that the current status conference date of July 27, 2005 be vacated and the new status conference date of August 24, 2005 at 9:00 a.m. be set.

The time is excluded pursuant to U.S.C. §3161(h)(8)(A) and Local Code T4.

Defense counsel has received discovery in this case but needs to review the discovery with her client. Additionally, defense counsel

1 | will be out of the country from July 25, 2005 until August 10, 2005.
2 | Dated: July 26, 2005
3 |                                                 Respectfully submitted,

                                                QUIN DENVIR
Federal Defender

_____s/Linda C. Harter_____
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
ULYSSES CALDWELL BARTON


McGREGOR W. SCOTT
United States Attorney


_____s/Robert Tice-Raskin_____
ROBERT TICE-RASKIN
Assistant U.S. Attorney

Stipulation and [proposed] order        2

**O R D E R**

GOOD CAUSE APPEARING, **IT IS SO ORDERED.** The date for the status conference in this matter is hereby re-set for August 24, 2005, at 9:00 a.m. Time is hereby excluded from July 27, 2005 to and including August 24, 2005 at 9:00 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4.

Dated: July 28, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE