PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:05CR00262-01** |
| ) | |
| **ULYSSES CALDWELL BARTON** ) | |
| ) | |

On August 30, 2006, the above-named was placed on Probation for a period of three years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON
United States Probation Officer**

Dated:    June 9, 2008
             Sacramento, California
             GPS/cp

**REVIEWED BY:**     /s/Kyriacos M. Simonidis
                **KYRIACOS M. SIMONIDIS
                Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:     **Ulysses Caldwell BARTON**
        **Docket Number:   2:05CR00262-01**
        **ORDER TERMINATING PROBATION**
        **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Date:  June 9, 2008

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Attachment:   Recommendation
cc:     United States Attorney's Office